**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Walter Thomas Sowell, Jr.,    )<br>                   )<br>         Plaintiff,         )<br>                   )<br>vs.                )<br>                   )<br>                   )<br>Freescale Semiconductor, Inc.,  )<br>                   )<br>         Defendant.        )<br>_____) | No. CV 07-1738-PHX-JAT<br><br>**ORDER** |

       Pending before the Court are defendant's motion to dismiss, defendant's motion for summary adjudication of its motion to dismiss, defendant's motion to strike plaintiff's late response to the motion to dismiss, and defendant's motion for summary adjudication of its motion to strike.  Plaintiff has filed a late response to the motion to dismiss and a late response to the motion to strike.

       Basically, defendant seeks to have its motion to dismiss granted as a sanction for plaintiff's failure to respond to the motion; first, by seeking summary adjudication, and then by seeking to strike the late response and returning to summary adjudication once the response is stricken.  "Before dismissing the action, the district court is required to weigh several factors: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the [party seeking dismissal]; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less

1 drastic sanctions.'" *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (quoting *Henderson
2 v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

3     Turning to the first motion for summary adjudication, the Court will consider the
4 factors for summary dismissal.  One, the response was only a month late, so it did not
5 significantly delay the case.  Two, the response was only a month late, so it did not
6 significantly prevent the Court from managing its docket.  Three, defendant has not alleged
7 prejudice.  Four, public policy favors considering the late response and the merits of the
8 motion.  And, five, less drastic sanctions are available.

9     Having weighed these factors, the Court will not grant summary adjudication.
10 Further, because the Court will not grant summary adjudication, the Court will not grant the
11 motion to strike (either on the merits, or summarily) because to grant such motion would
12 return the Court to summary adjudication.  Therefore, the Court will consider the late
13 response. However, the denial of the two motions for summary adjudication and the motion
14 to strike are without prejudice to defendant moving for a "less drastic sanction" as a result
15 of plaintiff's failure to timely respond to any of the four pending motions.

16     Based on the foregoing,

17     **IT IS ORDERED** that defendant's motion for summary adjudication (Doc. #9),
18 motion to strike (Doc. #12) and motion for summary adjudication (Doc. #13) are all denied.

19     **IT IS FURTHER ORDERED** that defendant shall file a reply to plaintiff's response
20 to the motion to dismiss by May 9, 2008.

21     DATED this 18th day of April, 2008.

James A. Teilborg
United States District Judge