**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Walter Thomas Sowell, Jr. | ) | No. CV 07-1738-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Freescale Semiconductor, Inc., | ) | |
| Defendant. | ) | |

Currently pending before the Court is Defendant's Motion to Dismiss (Doc. #6). Plaintiff filed a response (Doc. #10) to which Defendant replied (Doc. #16).

The Court has reviewed the motion to dismiss and has decided to treat it as a motion for summary judgment. Pursuant to Rule 12(d), to consider matters outside the pleadings that the defendant presented along with a Rule 12(b)(6) motion, "the motion must be treated as one for summary judgment under Rule 56." Because the Court has decided to treat the motion to dismiss as a summary judgment motion, the parties must have a reasonable opportunity to present pertinent material. Fed. R. Civ. P. 12(d).

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a brief within 5 days of the date of this Order on: (1) whether equitable tolling applies in this case; and (2) whether the General Release (Doc. #6, Ex. #1) effectively bars Plaintiff's claims.

**IT IS FURTHER ORDERED** that Defendant shall reply to Plaintiff's brief within 5 days of its filing.

DATED this 2nd day of June, 2008.

_____
James A. Teilborg
United States District Judge